**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

JAMES VIRGIL COATS, JR.,　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #601558

v.　　　　　　　　　　　No. 4:11CV00591 JLH-JTK

RANDY MURRY, *et al*.　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, dismissed without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 2nd day of November, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE